UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTINE T. CLEMINS, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiffs,

    v.                              Case No. 11-C-36

ALLIANCE DATA SYSTEMS
CORPORATION, WORLD FINANCIAL
NETWORK NATIONAL BANK, and
DOES 1 through 100, inclusive,

    Defendants.

## ORDER

Based upon the Stipulation of the Parties,

**IT IS HEREBY ORDERED** that the defendants, Alliance Data Systems and World Financial Network National Bank, shall file an Answer or Otherwise Plead to the Complaint filed by Christine T. Clemins on or before March 30, 2011.

**SO ORDERED** this 16th day of February 2011, at Milwaukee, Wisconsin.

                                        **BY THE COURT:**

                                        s/ William E. Callahan, Jr.
                                        WILLIAM E. CALLAHAN, JR.
                                        United States Magistrate Judge