IN THE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTINE T. CLEMINS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>ALLIANCE DATA SYSTEMS CORPORATION, WORLD FINANCIAL NETWORK NATIONAL BANK AND DOES I THROUGH 100, INCLUSIVE<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**11C36**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **7th day of February, 2011**, at **2:15 PM**, at the address of **CORPORATION TRUST COMPANY**, **1209 ORANGE Street**, **WILMINGTON**, **New Castle** County, **DE 19801**; this affiant served the above described documents upon **ALLIANCE DATA SYSTEMS CORPORATION**, by then and there personally delivering **2** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Scott LaScala, Managing Agent duly authorized to accept service / White, Male, Age 40's, 5'10", 170 lbs, brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **10th** day of **February, 2011**.

_____
**Daniel Newcomb, Reg. # No #s in DE, New Castle, DE**


SUBSCRIBED AND SWORN to before me this **10th** day of **February, 2011**

_____
NOTARY PUBLIC in and for the State of **Delaware**
Residing at: Wilmington DE
My Commission Expires: June 15, 2012

FOR: **ADEMI & O'REILLY, LLP**    ORIGINAL PROOF OF SERVICE    Tracking #: **6663991** SEA

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012